IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA   *
                           *
v.                         *   CR 111-184
                           *
WALTER DONTA GETER         *

O R D E R

Defendant Walter Donta Geter was sentenced by this Court on July 3, 2014, to serve 32 months in prison and three years of supervised release. The Court also imposed a $1000 fine and a $100 special assessment. At present, Defendant still owes $550 toward this monetary obligation.

On August 22, 2018, while Defendant was on supervised release, the Court issued an arrest warrant because Defendant had been arrested by state authorities a month earlier for possession of drugs with the intent to distribute. When Defendant was arrested on this warrant, the United States Marshal seized $1,011.00 in his possession. The United States Magistrate Judge ordered the money be deposited into the Registry of the Court until further Order of the Court. (See Order of Jan. 18, 2019, Doc. No. 83.)

Upon consideration, the Court finds and concludes that the seized money constitutes or derived from proceeds Defendant obtained directly or indirectly as a result of drug-related

criminal offenses and is therefore forfeitable to the United States of America. Accordingly, the Court hereby **ORDERS** that the Clerk of Court apply $550 to the payment of Defendant's fine. The balance of the deposit plus any and all accrued interest shall be applied to the repayment of fees paid to his appointed attorneys under the Criminal Justice Act.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE